No. 43378.—Protest 12003–K of American Merchandise Co., Inc., (New York).

Opinion by DALLINGER, J. It was stipulated that the merchandise consists of thermometers similar to those the subject of Abstract 39852. The claim at 40 percent under paragraph 339 was therefore sustained.